No. 15,819.

In re Estate of Holland.
Thompson et al. *v.* Thompson.
(193 P. [2d] 290)

Decided May 3, 1948.

Per Curiam.

The judgment is affirmed en banc without written opinion.

Mr. Allyn Cole, Messrs. Groves & Banks, for plaintiffs in error.

Mr. R. H. Walker, Mr. Frank Delaney, for defendant in error.